PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4801
    E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MARIE ALVAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-01673-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 9, 2024, up to and including November 8, 2024. This is Defendant's first request for an extension.

Defendant requests this extension because counsel is currently in the process of determining whether a settlement agreement is possible in this case. Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion for Summary Judgment by the new due date of November 8, 2024.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                  Respectfully submitted,

Dated: October 7, 2024       /s/ *Francesco Benavides* *
                                  (*as authorized via e-mail on October 7, 2024)
                                  FRANCESCO BENAVIDES
                                  Attorney for Plaintiff

Dated: October 7, 2024       PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                        By:    /s/ *David Priddy*
                                  DAVID PRIDDY
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 8, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: October 8, 2024

                                  CHI SOO KIM
                                  UNITED STATES MAGISTRATE JUDGE