PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4801
     E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MARIE ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>Martin O'Malley,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:24-cv-01673-CSK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Carla Marie Alvarez ("Plaintiff") and Defendant Martin O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 4, 2024

                                           _/s/  Francesco Benavides*_____
                                           FRANCESCO P. BENAVIDES
                                           Attorney for Plaintiff
                                           *Authorized via e-mail on November 1, 2024

                                           PHILLIP A. TALBERT
                                           United States Attorney
                                           MATHEW W. PILE
                                           Associate General Counsel
                                           Social Security Administration

                         By:      _/s/ David Priddy_____
                                           DAVID PRIDDY
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant


**[PROPOSED]** **ORDER**

        Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social

Security Act, 42 U.S.C. 405(g).


DATED:  November 6, 2024

                                           _____
                                           CHI SOO KIM
                                           UNITED STATES MAGISTRATE JUDGE

5, aval.1673.24